IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY RODGERS, #234 196, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-CV-1089-WKW-JTA |
| | ) | [WO] |
| CAPTAIN LAWSON, | ) | |
| | ) | |
| Defendant. | ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

On April 29, 2020, Plaintiff Bradley Rogers passed away. Doc. 15-1.  Under Rule 25(a)(1), *Federal Rules of Civil Procedure*, Defendant filed—as the rule requires—a suggestion of death for Plaintiff Rodgers on June 10, 2020. Doc. 15.  More than ninety days has passed since the suggestion upon the record of the death of Plaintiff Rodgers was made by service of a statement of the fact of death and no motion for substitution has been filed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1.  Plaintiff Rodgers be DISMISSED as a party to this cause of action;

2.  This action be DISMISSED with prejudice under Rule 25(a)(1), *Federal Rules of Civil Procedur*e;

3.  No costs be taxed.

**On or before October 2, 2020**, a party may file an objection to the Recommendation.  Any objection must specifically identify the findings in the Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. This Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11TH Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE this 17th day of September, 2020.


 /s/ Jerusha T. Adams                        
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE