IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRADLEY RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-1089-WKW |
| ) | [WO] |
| CAPTAIN LAWSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

On September 17, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the record, it is ORDERED as follows:

(1) Plaintiff Bradley Rodgers is DISMISSED as a party in this case;

(2) This case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1); and

(3) No costs are taxed.

Final judgment will be entered separately.

DONE this 15th day of October, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE